UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Trustees of Ohio Bricklayers Health & Welfare Fund,** *et al.*,

    **Plaintiffs,**

v.

**JT Masonry Construction LLC,**

    **Defendant.**

Case No. 2:18-cv-262
Judge Michael H. Watson
Magistrate Judge Jolson

## ORDER

On May 9, 2018, Magistrate Judge Jolson, to whom this case was referred, issued a Report and Recommendation ("R&R") recommending the Court grant Plaintiffs' motion for default judgment and that judgment be entered in favor of Plaintiffs and against Defendant. R&R 1, ECF No. 8.

The R&R advised the parties of their right to file objections to the same and specifically advised that the failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the decision of the District Court. *Id.* at 3. The time for filing objections has passed, and none were filed.

Having received no objections, the Court **AFFIRMS** and **ADOPTS** the R&R, ECF No. 8, **GRANTS** Plaintiffs' motion for default judgment, ECF No. 7, and **DIRECTS** the Clerk to enter monetary and injunctive relief to Plaintiffs as outlined in the R&R.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT